Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18–29660–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Daniel A Bestman
   8 Beech Street
   Fords, NJ 08863

Social Security No.:
   xxx–xx–5979

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

on 1/8/20 at 09:00 AM

to consider and act upon the following:

*48* − Creditor's Certification of Default (related document:41 Motion for Relief from Stay re: 8 Beech Street, Woodbridge, NJ, 08861. Fee Amount $ 181. filed by Creditor US Bank National Association, as Trustee et all..., 44 Order on Motion For Relief From Stay) filed by Brian C. Nicholas on behalf of U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for GSMPS Mortgage Loan Trust 2004−3. Objection deadline is 12/10/2019. (Attachments: # 1 Proposed Order # 2 Exhibit "A' # 3 Exhibit "B" # 4 Certificate of Service) (Nicholas, Brian)

Dated: 12/3/19

                                                           Jeanne Naughton
                                                           Clerk, U.S. Bankruptcy Court