UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
US Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for GSMPS Mortgage Loan Trust 2004-3

In Re:
    Daniel A. Bestman,

Debtor.

**Order Filed on February 11, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.:  18-29660 MBK

Adv. No.:

Hearing Date:  2/4/2020 @ 9:00 a.m..

Judge:  Michael B. Kaplan

# ORDER VACATING STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: February 11, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**(Page 2)**
Debtor:  Daniel A. Bestman
Case No:  18-29660 MBK
Caption of Order:  ORDER VACATING STAY
_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, US Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for GSMPS Mortgage Loan Trust 2004-3, Denise Carlon appearing, upon a certification of default as to real property located at 8 Beech Street, Woodbridge, NJ, 08861, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Robert C. Nisenson, Esquire, attorney for Debtors, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that automatic stay as to the property located at 8 Beech Street, Woodbridge, NJ, 08861 is hereby vacated effective February 4, 2020.