Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18–29660–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Daniel A Bestman
   8 Beech Street
   Fords, NJ 08863

Social Security No.:
   xxx–xx–5979

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 2/20/20.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: February 21, 2020
JAN: kmm

                                                           Jeanne Naughton
                                                           Clerk

```
                         United States Bankruptcy Court
                               District of New Jersey
In re:                                                                Case No. 18-29660-MBK
Daniel A Bestman                                                      Chapter 13
         Debtor
                               CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                 Page 1 of 2             Date Rcvd: Feb 21, 2020
                              Form ID: 148                Total Noticed: 22


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 23, 2020.
db             +Daniel A Bestman,    8 Beech Street,    Fords, NJ 08863-1728
517791706      +Bureau of Account Management,    3607 Rosemont Ave Ste 502,    Po Box 8875,
                 Camp Hill, PA 17001-8875
517791707      +Davis Marilene B,    C/O Probation Division, Child Support En,    PO Box 789,
                 New Brunswick, NJ 08903-0789
517876132      +NJSVS, Bankruptcy Unit,    PO Box 136,    Trenton, NJ 08666-0136
517791708      +New Jersey Motor Vehicle Commission,    PO Box 160,    Trenton, NJ 08666-0160
517791710      +Remex Inc,   Attn: Bankruptcy,    307 Wall St.,    Princeton, NJ 08540-1515
518148011      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
518148012      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129,    Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517905359       U.S. Bank National Association, as Trustee, succes,    Wells Fargo Bank, N.A.,
                 Default Document Processing,    N9286-01Y,    1000 Blue Gentian Road,    Eagan MN 55121-7700
517816239      +U.S. Department of HUD,    451 7th Street S.W.,    Washington, DC 20410-0001
517903740      +US Bank Cust BV Trst 2015-1,    c/o BlueVirgo Capital Management, LLC,
                 164 Mason Street, Floor 2 South,    Greenwich, CT 06830-6677
517814868      +US Bank as Custodian for BV Trust,    C/O Robert A. Del Vecchio, Esq.,    405 Lafayette Avenue,
                 Hawthorne, NJ 07506-2519
517791713      +Wakefield & Associates,    Attn: Bankruptcy,    Po Box 441590,    Aurora, CO 80044-1590
517791715      +Woodbridge Township Sewar Utilities,    1 Main Street,    Woodbridge, NJ 07095-3352

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 22 2020 01:37:00      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 22 2020 01:36:55      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517791705      +E-mail/Text: American@AABinfo.net Feb 22 2020 01:36:32      American Adjustment Bureau, Inc.,
                 Attn: Bankruptcy,    Po Box 2758,    Waterbury, CT 06723-2758
517916097       E-mail/PDF: resurgentbknotifications@resurgent.com Feb 22 2020 01:31:34      LVNV Funding, LLC,
                 c/o Resurgent Capital Services,    PO BOX 10587,    Greenville, SC 29603-0587
517791709      +E-mail/Text: bankruptcy@onlineis.com Feb 22 2020 01:37:36      Online Collections,
                 Attn: Bankruptcy,    Po Box 1489,    Winterville, NC 28590-1489
517791711      +EDI: VERIZONCOMB.COM Feb 22 2020 05:48:00      Verizon,   Verizon Wireless Bk Admin,
                 500 Technology Dr Ste 550,    Weldon Springs, MO 63304-2225
517901202      +EDI: AIS.COM Feb 22 2020 05:53:00      Verizon,   by American InfoSource as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517791714      +EDI: WFFC.COM Feb 22 2020 05:53:00      Wells Fargo Home Mor,    Attn Bankruptcy Dept,
                 P.O. Box 10335,    Des Moines, IA 50306-0335
                                                                                               TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517791712*     +Verizon,   Verizon Wireless Bk Admin,    500 Technology Dr Ste 550,
                 Weldon Springs, MO 63304-2225
                                                                                 TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-3           User: admin              Page 2 of 2              Date Rcvd: Feb 21, 2020
                               Form ID: 148             Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 21, 2020 at the address(es) listed below:

              Albert    Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert    Russo    docs@russotrustee.com
              Brian C. Nicholas    on behalf of Creditor    U.S. Bank National Association, as Trustee, successor
               in interest to Wachovia Bank, National Association, as Trustee for GSMPS Mortgage Loan Trust
               2004-3 bnicholas@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Charles G. Wohlrab    on behalf of Creditor    U.S. Bank National Association, as Trustee,
               successor in interest to Wachovia Bank, National Association, as Trustee for GSMPS Mortgage Loan
               Trust 2004-3 cwohlrab@LOGS.com,   njbankruptcynotifications@logs.com
              Denise E. Carlon    on behalf of Creditor    US Bank National Association, as Trustee et all...
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee, successor
               in interest to Wachovia Bank, National Association, as Trustee for GSMPS Mortgage Loan Trust
               2004-3 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    US Bank National Association, as Trustee et
               all... kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Robert C. Nisenson    on behalf of Debtor Daniel A Bestman r.nisenson@rcn-law.com,
               doreen@rcn-law.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 9